**RYDER, MAZZEO & KONIECZNY LLC**
Frank A. Mazzeo, Esq.
808 Bethlehem Pike, Suite 200
Colmar, PA 18915
215-997-0248
*Attorney for Defendants*
*PT Sukses Komerindo, Andrew Kang*
*d/b/a Korman Sports, Honest Trading*
*Corp., and Yong W. Kang*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Pocketec Inc.,<br>Plaintiff,<br><br>v.<br><br>PT Sukses Komerindo, *et al.*,<br>Defendants. | Case No. 2:26-cv-07388-MCA-AME<br><br>Civil Action |

**DECLARATION OF ANDREW S. KANG IN SUPPORT OF MOTION OF SPECIALLY-APPEARING DEFENDANT PT SUKSES KOMERINDO TO DISMISS THE COMPLAINT FOR INSUFFICIENT SERVICE OF PROCESS**

I, Andrew S. Kang, of full age, certify as follows:

1. I am a defendant in this action. I submit this certification in support of specially-appearing defendant PT Sukses Komerindo's motion to dismiss for insufficient service of process. I do so as a fact witness and not on behalf of PT Sukses Komerindo, which I do not represent.

2. I reside in Irvine, California. I do business as Korman Sports, from California. I conduct and coordinate product development and directly place or coordinate purchase orders with overseas manufacturers on behalf of my customers.

3. PT Sukses Komerindo is one of the manufacturers that has filled purchase orders coordinated through me. Beginning in approximately 2013, it manufactured golf gloves on an original-equipment basis. That is the extent of my relationship with the company.

4. I am not, and have never been, a shareholder, owner, director, commissioner, officer, or employee of PT Sukses Komerindo. I hold no ownership interest in it. I do not control it, manage it, or direct its operations, and I have no authority over its finances, its personnel, or its business decisions.

5. PT Sukses Komerindo has never appointed me as its agent in the United States. I have never held a power of attorney from it. I have never been authorized to accept service of process on its behalf, and I have never represented to anyone that I hold such authority.

6. On June 28, 2026, a process server delivered to me at 104 Calderon, Irvine, CA 92618, a copy of a summons and Complaint addressed to PT Sukses Komerindo. The process server did not ask whether I was an employee, officer, registered agent, or otherwise authorized to accept service for PT Sukses

Komerindo. I did not accept those papers on behalf of PT Sukses Komerindo. I was not authorized to accept them.

8. I have no authority to appear in this action for PT Sukses Komerindo, to accept process for it, or to waive any of its rights.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 20, 2026.

Andrew S. Kang